In the Matter of Supplementary Proceedings: ALBERT ULMANN and Others v. MIKE H. THOMAS. NEW YORK PRODUCE EXCHANGE.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

ALBERT PAGENKOPF v. JOHN GIANNATTASIO.— Motion for leave to appeal denied, with ten dollars costs and motion for stay granted, upon defendant's filing the undertakings required by sections 591 and 593 of the Civil Practice Act. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

DAVID NIEMAN v. VIOLA M. NADELMAN. 7 WEST 44TH STREET CORPORATION and Another, ABRAHAM KAPLAN, NATIONAL SURETY COMPANY, J. BORNSTEIN & SON, INC.— Motion for reargument or leave to appeal denied, with ten dollars costs. Motion for stay pending the granting or final refusal of leave to appeal by the Court of Appeals granted upon defendant, Viola M. Nadelman's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

THE NATIONAL CITY BANK OF NEW YORK and Others v. CHARLES D. WAGGONER and Others, and CENTRAL HANOVER BANK AND TRUST COMPANY.— Motion for leave to appeal granted; questions certified. Present — McAvoy, Merrell, Martin, O'Malley and Sherman, JJ.

ADELE M. HOFFSTADT v. EDWARD COPELAND.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, Martin and Sherman, JJ.

NATHALIE McKINLESS v. SHELTON HOLDING CORPORATION and Another. SHELTON OPERATING CO., INC.— Motion for leave to appeal denied, with ten dollars costs. Motion for stay granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

EMPIRE CARPET CORPORATION v. JANDOUS FLOOR COVERING COMPANY, INC.— Stay granted upon condition that defendant furnish within five days a bond satisfactory to plaintiff to pay any judgment recovered; otherwise denied. Settle order on notice. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

JOHN JENNINGS, an Infant, etc., v. ALBERT DELANEY.— Motion granted. Order resettled and filed. Present — Finch, Merrell, McAvoy and Sherman, JJ.

BESSIE E. ARNOLD v. RAY H. ARNOLD.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ.

ANDREW STANLEY v. SEIGFRIED KASSEWITZ, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

THERESA STANLEY v. SEIGFRIED KASSEWITZ, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

TONY SOKOLSKI v. PAMADICO CONSTRUCTION CO., INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

KENNETH M. SPENCE, as Trustee, etc., v. CAPITOL NATIONAL BANK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.

HOBART B. HOYT v. JAMES J. GODFREY.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, McAvoy, Martin, O'Malley and Sherman, JJ.